82,147-02



TELEPHONE
940-766-8190

FAX
940-766-8181

PATTI FLORES
DISTRICT CLERK
CLERK OF COUNTY COURT AT LAW
WICHITA COUNTY

900 7TH ST.
WICHITA FALLS. TX 76301

NIKKI TEPFER
**CHIEF DEPUTY**

COURT OF CRIMINAL APPEALS
PO BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: BOBBY BUCK
CCA NO. WR-82,147-02
TRIAL COURT CAUSE NUMBER 53482-A

OUR OFFICE IS IN RECEIPT OF AN ORDER FROM THE COURT OF CRIMINAL APPEALS REGARDING BOBBY BUCK'S APPLICATION FOR WRIT OF HABEAS CORPUS. ORDERING THE DISTRICT CLERK'S OFFICE TO FILE A RESPONSE.

OUR OFFICE RECEIVED BOBBY BUCK'S APPLICATION FOR WRIT OF HABEAS CORPUS ON AUGUST 11, 2014. A COPY OF THE WRIT OF HABEAS CORPUS WAS GIVEN TO THE DISTRICT ATTORNEY'S OFFICE ON THE SAME DATE. THE APPLICATION FOR WRIT OF HABEAS CORPUS RECORD FROM THE DISTRICT CLERK'S OFFICE WAS MAILED TO THE COURT OF CRIMINAL APPEALS ON SEPTEMBER 15, 2014. ON SEPTEMBER 23, 2014 THE DISTRICT CLERK'S OFFICE RECEIVED A CERTIFIED MAIL RECEIPT BACK STATING THE COURT OF CRIMINAL APPEALS HAD RECEIVED THE WRIT OF HABEAS CORPUS. ON NOVEMBER 06, 2014 NOTICE WAS RECEIVED BY THE DISTRICT CLERK'S OFFICE WHERE THE COURT OF CRIMAIL APPEALS HAS DENIED THE WRIT OF HABEAS CORPUS.

ENCLOSED PLEASE FIND SUPPORTING DOCUMENTS.

*Thank you,*
*Kim McCormack*

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**MAR 02 2015**

*Abel Acosta, Clerk*

*Deputy Clerk*
*District Clerk Office*

| Mailing address: | Wichita County District Clerk | P.O. Box 718 | Wichita Falls, TX 76307 |

Due: **September 15, 2014**

No: 53482-A*1

The State of Texas
County of Wichita

Re: The State of Texas vs. <u>BOBBY BUCK</u>

I, <u>JOHN BRASHER</u>, District Attorney (Assistant District Attorney), in and
for Wichita County, Texas, do hereby acknowledge receipt of a copy of the Application
for Writ of Habeas Corpus, the original of which was filed for record in the above styled
cause on. <u>AUGUST 11, 2014</u>

_____
District Attorney
Assistant District Attorney
Wichita County, Texas

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

COURT OF CRIMINAL APPEALS
BOX 12308-CAPITAL STATION
AUSTIN TX 78711

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ___RECEIVED IN___    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

Abel Acosta, Clerk

☐ Priority Mail Express™
☐ Return Receipt for Merchandise
☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7014 0150 0001 4949 5831

PS Form 3811, July 2013         Domestic Return Receipt

**9/17/2014**

**BUCK, BOBBY**          **Tr. Ct. No. 53482-A*1**          **WR-82,147-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DISTRICT CLERK WICHITA COUNTY
DORSEY R. TRAPP
P.O. BOX 718
WICHITA FALLS, TX  76307
* DELIVERED VIA E-MAIL *



FILED FOR RECORD
AT: _____ O'Clock ___ M

SEP 2 3 2014

PATTI FLORES, Clerk Dist.
Courts & County Courts at Law
Wichita County, Texas
By_____ Deputy

FILED FOR RECORD

AT: _____ O'Clock ___ M

NOV 6 2014

PATTI FLORES, Clerk Dist.
Courts & County Courts at Law
Wichita County, Texas
By_____ Deput·

**11/5/2014**

**BUCK, BOBBY**          **Tr. Ct. No. 53482-A*1**          **WR-82,147-01**

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

DISTRICT CLERK WICHITA COUNTY
DORSEY R. TRAPP
P.O. BOX 718
WICHITA FALLS, TX  76307
* DELIVERED VIA E-MAIL *

═══════════════════════════════════════════════════════════════════════

THE STATE OF TEXAS

    -- VS.--

BOBBY BUCK                    ATTORNEY: DEFENDER, PUBLIC
                                        900 7TH ST, ROOM 405
                                        WICHITA FALLS, TX 76301
                                        (940)766-8199

FILE DATE: 07/24/2013

═══════════════════════════════════════════════════════════════════════

OFFENSE: EVADING ARREST DET W/VEH
OFFENSE DATE: 06/07/2013
MODIFIED OFFENSE:

APPEALED:

═══════════════════════════════════════════════════════════════════════

DATE OF ORDER                      ORDERS OF THE COURT

═══════════════════════════════════════════════════════════════════════

| DATE OF ORDER | ORDERS OF THE COURT |
|---|---|
| 07/24/2013 | INDICTMENT |
| 07/25/2013 | CERTIFICATION OF STATE'S COMPLIANCE WITH ARTICLE 39.14 OF THE TEXAS CODE OF CRIMINAL PROCEDURE |
| 07/25/2013 | AFFIDAVIT |
| 07/25/2013 | STATES ANNOUNCEMENT OF READY |
| 07/25/2013 | JP PAPERS RECEIVED |
| 07/25/2013 | BAIL BOND $10000/A TO Z BAIL BONDS |
| 08/02/2013 | ORDER DECLARING BOND FORFEITURE AND RESET BOND 20000.00 |
| 08/02/2013 | CERTIFICATION OF CALL |
| 08/02/2013 | ALIAS CAPIAS W1113 ALIAS CAPIAS BOND FORFEITURE/RUNS |
| 08/06/2013 | JUDGMENT NISI FILED 179,418-A |
| 10/15/2013 | BAIL BOND $20000/CREDIT BAIL BONDS |
| 10/30/2013 | CERTIFICATION OF STATE'S COMPLIANCE WITH ARTICLE 39.14 OF THE TEXAS CODE OF CRIMINAL PROCEDURE |
| 12/13/2013 | ORDER DECLARING BOND FORFEITURE AND RESET BOND $40000 |
| 12/13/2013 | CERTIFICATION OF CALL |
| 12/13/2013 | ALIAS CAPIAS W1421 ALIAS CAPIAS BOND FORFEITURE/RS |
| 01/09/2014 | CERTIFICATION OF STATE'S COMPLIANCE WITH ARTICLE 39.14 OF THE TEXAS CODE OF CRIMINAL PROCEDURE |
| 01/14/2014 | ORDER FOR COURT-APPOINTED COUNSEL PUB DEF |
| 01/14/2014 | CERTIFICATION OF STATE'S COMPLIANCE WITH ARTICLE 39.14 |

=================================================================

DEFENDANT: BOBBY BUCK                    ATTORNEY: DEFENDER, PUBLIC

OFFENSE: EVADING ARREST DET W/VEH
OFFENSE DATE: 06/07/2013
MODIFIED OFFENSE:

=================================================================

| DATE OF ORDER | ORDERS OF THE COURT |
|---|---|

=================================================================

|  | OF THE TEXAS CODE OF CRIMINAL PROCEDURE<br>AMENDED |
| 02/11/2014 | FREE INPUT<br>MOTION TO DISMISS BOND FORFEITURE AND REINSTATE PR BOND |
| 02/24/2014 | FREE INPUT<br>MOTION TO REINSTATE BAIL AMOUNT OF $20000 |
| 02/25/2014 | FREE INPUT<br>ORDER TO REINSTATE BOND |
| 02/28/2014 | CERTIFICATION OF STATE'S COMPLIANCE WITH ARTICLE 39.14<br>OF THE TEXAS CODE OF CRIMINAL PROCEDURE |
| 04/04/2014 | NOTICE OF PLEA BARGAIN AND REQUEST FOR SETTING |
| 04/04/2014 | CONFIRMATION OF SETTING (PROMISE PLEA) |
| 04/08/2014 | PRELIMINARY PRETRIAL MOTIONS AND REQ FOR LEAVE OF ADDITIONAL MOTIONS |
| 04/08/2014 | REQUEST NOTICE INTENT USE EXTRANEOUS OFFENSE |
| 04/11/2014 | DEFTS WAIVER OF RIGHT TO APPEAL/FILE MNT |
| 04/11/2014 | COURTS ADMONISHMENT TO DEFT |
| 04/11/2014 | WAIVER OF DEFS RIGHT TO SEEK SHOCK PROBATION |
| 04/11/2014 | DEFTS WAIVER OF RIGHTS AND CONSENT TO STIPULATION |
| 04/11/2014 | DEFTS JUDICIAL CONFESSION |
| 04/11/2014 | JUDG AND SENT<br>2 YRS TDC/COST$376.33 |
| 04/11/2014 | TRIAL COURTS CERTIFICATION OF APPEAL |
| 04/11/2014 | NOTICE OF INTENT TO DESTROY EVIDENCE |
| 04/11/2014 | PEN PAPERS PREPARED |
| 04/16/2014 | MOTION FOR FURLOUGH |
| 04/16/2014 | FREE INPUT<br>FURLOUGH DENIED (EMAIL) |
| 08/11/2014 | APPLICATION FOR WRIT OF HABEAS CORPUS<br>NO 1 |
| 08/11/2014 | FREE INPUT<br>ATTACHMENT OF FACT SUPPORTING INSUFFICIENT EVIDENCE |
| 08/11/2014 | COPY GIVEN TO JUDGE AND DA |
| 09/15/2014 | WRIT MAILED TO CT OF CR APP |
| 09/15/2014 | FREE INPUT<br>CLERK'S CERT MAILED TO DEF |
| 09/22/2014 | CERTIFIED MAIL RECEIPT<br>COCA |
| 09/23/2014 | FREE INPUT |

============================================================

DEFENDANT: BOBBY BUCK                    ATTORNEY: DEFENDER, PUBLIC

OFFENSE: EVADING ARREST DET W/VEH
OFFENSE DATE: 06/07/2013
MODIFIED OFFENSE:

============================================================

DATE OF ORDER                    ORDERS OF THE COURT

============================================================

                              WRIT RECEIVED

11/06/2014          FREE INPUT
                    WRIT DENIED

12/03/2014          FREE INPUT
                    DEF'S MOTION TO OBTAIN DOCUMENTS $ TRIAL RECORDS IN
                    FORMA PAUPERS

12/03/2014          FREE INPUT
                    APPLICATION TO PROCEED FORMA PAUPERS

12/03/2014          COPY GIVEN TO JUDGE AND DA
12/10/2014          FREE INPUT
                    PLAINTIFFS ORIGINAL APPLICATION FOR WRIT OF
                    MANDAMUS

12/10/2014          COPY GIVEN TO JUDGE AND DA
12/10/2014          FREE INPUT
                    COPY OF LINE 45 AND A PLEADINGS LIST MAILED TO DEF

02/26/2015          FREE INPUT
                    ORDER ISSUED FROM COA